UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIPAN SHARDA,

Plaintiff,

v.

ADVENTIST HEALTH SYSTEM,

Defendant.

No.  2:25-cv-2253 DAD AC PS

ORDER

Plaintiff is proceeding in this case in pro se.  On January 27, 2026, the undersigned granted plaintiff's motion to proceed in forma pauperis ("IFP") and ordered service appropriate, directing plaintiff to provide service documents to the U.S. Marshals Service and file a statement of service on the record within 15 days.  ECF No. 7.  Plaintiff has not filed a statement of service.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to submit service documents should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of service documents within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: February 17, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE