UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIPAN SHARDA,

      Plaintiff,

      v.

ADVENTIST HEALTH SYSTEM,

      Defendant.

No.  2:25-cv-2253 DAD AC PS

ORDER

Plaintiff is proceeding in this case in pro se.  On January 27, 2026, the undersigned granted plaintiff's motion to proceed in forma pauperis ("IFP") and ordered service appropriate, directing plaintiff to provide service documents to the U.S. Marshals Service and file a statement of service on the record within 15 days.  ECF No. 7.  Plaintiff did not file a statement of service, and on February 18, 2026, the court issued an order to show cause within 14 days why the case should not be dismissed for failure to prosecute.  ECF No. 10.  Plaintiff responded on February 27, 2026, stating that they were outside the country with limited access to legal records and reliable communication, which prevented them from submitting the service documents.  ECF No. 11.  Though plaintiff did respond to the order to show cause, the service documents have still not been submitted, and this case therefore cannot move forward.

////

////

////

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall submit service documents to the court within 14 days.  If plaintiff fails to submit the service documents, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED:  March 4, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2