UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIPAN SHARDA, | No.  2:25-cv-2253 DAD AC PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| ADVENTIST HEALTH SYSTEM, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On September 23, 2025, the court granted plaintiff's in forma pauperis ("IFP") application but rejected the complaint, granting plaintiff 30 days to file an amended complaint.  ECF No. 5.  Plaintiff filed an amended complaint (ECF No. 6), and on January 27, 2026, the court found service appropriate for several defendants, ordering plaintiff to submit documents for service by the U.S. Marshals Service within 15 days.  ECF No. 7.  Plaintiff did not submit the service documents.

On February 18, 2026, the court  issued an order to show cause within 14 days why this case should not be dismissed for failure to prosecute due to the lack of service documents.  ECF No. 10.  Plaintiff responded on February 27, 2026, stating that they did not submit the service documents because they had been traveling outside the country, but plaintiff did not submit service documents with the filing.  ECF No. 11.  On March 5, 2026, the court issued a second

1

order to show cause, noting that plaintiff still had not submitted the service documents, and so the case could not move forward.  The court ordered plaintiff to submit service documents within 14 days.  ECF No. 12 at 2.  The court cautioned plaintiff that failure to submit the service documents would result in a recommendation of dismissal of this case pursuant to Local Civil Rule 110.  Id. at 2.  Plaintiff has not responded to the court's order, nor taken any action to prosecute this case.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives."  Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 27, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2