UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIPAN SHARDA,<br>Plaintiff,<br>v.<br>ADVENTIST HEALTH SYSTEM and DARIN COZINE, Manager at Adventist Health System,<br>Defendants. | No. 2:25-cv-2253 DAD AC PS<br><br>ORDER |

Plaintiff is proceeding in this case in pro se and in forma pauperis. Pre-trial matters are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21). Defendant Adventist Health System/West (erroneously sued as "Adventist Health") filed an answer to the operative First Amended Complaint ("FAC"). It is unclear whether counsel for Adventist is also representing defendant Darin Cozine, and/or whether Cozine has been properly served. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. A Status (Pretrial Scheduling) Conference is set for October 14, 2026 at 10:00 a.m. via Zoom before Magistrate Judge Allison Claire. All parties shall appear by counsel or in person if acting without counsel.
2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

a. Service of process;

b. Possible joinder of additional parties;

c. Any expected or desired amendment of the pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and their scheduling;

f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

g. Future proceedings, including setting appropriate cut–off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h. Special procedures, if any;

i. Estimated trial time;

j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

k. Whether the case is related to any other cases, including bankruptcy;

l. Whether a settlement conference should be scheduled;

m. Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: August 31, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE